UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-05623-SVW-SK | Date | September 25, 2017 |
|---|---|---|---|
| Title | Carmen John Perri v. Rainbow Acres, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Osman M. Taher | David Voss | |

**Proceedings:** NEW CASE STATUS CONFERENCE

Status conference held. The Court sets the following dates:

Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 5, 2018 at 3:00 p.m.
Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 6, 2018 at 9:00 a.m.

The Court bifurcates the Disabilities Act claims from the Unruh Act claims.

| | : | 11 |
|---|---|---|
| | Initials of Preparer | PMC |